UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

**12/12/2025**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.    1:25-cr-244-TWP-MJD |
| ) | |
| BOBBY CYPRUS LINHART, ) | |
| ) | |
| Defendant. ) | |

PENALTY SHEET

You have been charged in an Information with a violation of the Laws of the United States of America.   The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b)<br>Coercion and Enticement of a Minor | 10-Life | NMT $250,000 | Life |
| 2-4 | 18 U.S.C. § 2251(a) and (e)<br>Sexual Exploitation of a Child | 15-30 | NMT $250,000 | Life |
| 5 | 18 U.S.C. § 2252A(a)(6)<br>Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct to a Minor | 5-20 | NMT $250,000 | Life |
| 6 | 18 U.S.C. § 2252A(a)(5)(B)<br>Possession of Child Pornography | 0-20 | NMT $250,000 | Life |

Dated: _____

_____
BOBBY CYPRUS LINHART
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth

above and that the defendant signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana