UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Cause No.: 1:25-cr-244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | |
| aka "maps.syb" | ) | |
| | ) | |
| *Defendant.* | ) | |

## UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

The United States of America, by and through Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Kyle M. Sawa and Carolyn A. Haney, Assistant United States Attorneys, respectfully moves the Court to continue the change of plea hearing scheduled in this case. In support of its motion, the government states as follows:

1.     On December 12, 2025, an Information was filed against the defendant Bobby Linhart. (Dkt. 45.)  On that same day, a Petition to Enter Plea of Guilty and Plea Agreement was filed. (Dkt. 52.)

2.     On December 17, 2025, the Court held an initial appearance in this matter.

3.     On December 23, 2025, the government moved to bifurcate the change of plea and sentencing hearing.  (Dkt. 62.)

4.     The Court granted the government's motion and scheduled a change of plea hearing for January 21, 2026.  (Dkt. 63.)

5.      The government has been engaged in producing discovery consistent with its obligations in this matter.  In the course of producing discovery, the government has located and

become aware of potential *Brady* materials that need to be produced and reviewed by defense counsel prior to proceeding with the change of plea hearing.

6.      The parties request a continuance of at least four weeks so that defense counsel has sufficient time to review the discovery materials provided by the government prior to the defendant changing his plea in this matter.

7.      Undersigned counsel has conferred with counsel for the defendant, Jamie Edgar, who indicated that he does not object to the government's request.

WHEREFORE, the government respectfully requests the Court continue the change of plea hearing in this cause.

Respectfully Submitted,

THOMAS E. WHEELER II
United States Attorney


By: */s/ Kyle Sawa*
Kyle M. Sawa
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: kyle.sawa@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to counsel of record.

/s/ *Kyle Sawa*
Kyle M. Sawa
Assistant United States Attorney
Office of the United States Attorney
10 W. Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: kyle.sawa@usdoj.gov