UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Cause No.: 1:25-cr-244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | |
| aka "maps.syb" | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

This matter comes before the Court on the government's Unopposed Motion to Continue the Change of Plea Hearing.

IT IS HEREBY ORDERED that the government's Unopposed Motion to Continue the Change of Plea Hearing is GRANTED. A change of plea hearing is set for <u>February 19, 2026, at 9:00 a.m.</u> before the Honorable Tanya Walton Pratt, Judge, in Courtroom 344, United States Courthouse, Indianapolis, Indiana.

SO ORDERED.

Date: 1/16/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF