**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR FEBRUARY 19, 2026**
**THE HONORABLE TANYA WALTON PRATT**

The Government appeared by Kyle Sawa and Carolyn Haney, Assistant United States Attorneys. The Defendant Bobby Linhart appeared in person, in custody, and by retained counsel Jamie Edgar. Gretchen Fox was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty at the Indianapolis Courthouse.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 1: Coercion and Enticement of a Minor; Counts 2, 3, and 4: Sexual Exploitation of a Child; Count 5: Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct to a Minor; and Count 6: Possession of Child Pornography as charged in the Information.

A sentencing hearing is set for <u>March 31, 2026 at 10:30 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Any sentencing memoranda and/or support documents must be filed by **March 24, 2026**.

The Defendant was remanded to the custody of the U.S. Marshals Service.

**IT IS SO ORDERED.**

Date:   2/20/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jedgarlawyer@gmail.com

Carolyn Anne Haney
DOJ-USAO
carolyn.haney@usdoj.gov

Kyle M. Sawa
DOJ-USAO
kyle.sawa@usdoj.gov

Electronic notice to USPO