UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-cr-244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | |
| aka "maps.syb", | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Kyle M. Sawa and Carolyn A. Haney, Assistant United States Attorneys, hereby files this Sentencing Memorandum in support of a sentence of 45 years in prison.

### I.   Introduction

Some people collect baseball cards.  Some people collect coins.  Defendant collected the "cards" of preteen and early teen minors who he sexually exploited and abused.  Defendant's own words show his callousness and the danger he poses to the public:

> I love my girls sm . . . my little girls/ got 2 13yos & 12yo ready to lose it . . . and a
> 15 yo . . . [lose] their cards/ 2 15yos*/ and a 14 yo[.]
> . . .
> I love girls sm bruh/ im addicted/ genuinely
> . . .
> I deserve every girl/they all deserve to be stretched out and filled with nut/ idk if
> there will be a time when im not attracted to teens.

Girls – children – are forever corrupted by a man who only saw them as another pelt on his wall. Simply, they were another "v card" to collect.  At bottom, Defendant sought out and exploited the most vulnerable among us for his own sexual pleasure.

Defendant's words are an insight into his perverse and criminal motivations, but his actions are what make the facts before the Court even more deplorable.  Defendant did not just have an attraction to minors; he acted on those urges and tried to satisfy them by exploiting minors and have them produce sexually explicit material for him.  He would have them undress; have them masturbate; and have them use sex toys.  He would groom them to do whatever he desired, even sending sexually explicit images and videos created by one child to another to teach them what to do.  But setting this apart from other cases which this Court sees far too often, where the defendants' conduct is limited to sexual exploitation carried out via the internet, Defendant also tried to meet up with these girls in person to sexually abuse them.  In fact, Defendant did meet up with at least one of his minor victims.  This is an escalation that undoubtedly amounts to some of the most serious conduct that comes before this Court.

At its core, someone who repeatedly targets and manipulates 12- to 15-year-old children is not someone who has had a momentary lapse of judgment or was simply looking for love in the wrong places.  Rather, it is someone who intentionally targeted minors, took advantage of their innocence, and as a result, abused them not only sexually, but also mentally.  Defendant's victims will deal with the fallout from his conduct for the rest of their lives.  Accordingly, a sentence of 45 years is appropriate in this case.

## II.    Procedural History

On March 20, 2024, Defendant was charged in a four-count Criminal Complaint with coercion and enticement of a minor, sexual exploitation of a minor, distribution of visual

2

depictions of a minor, and possession of a visual depiction of a minor engaging in sexually explicit conduct.

On December 12, 2025, Defendant was charged in a six-count Information with Coercion and Enticement of a Minor; Sexual Exploitation of a Child; Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct to a Minor; and Possession of Child Pornography.  On that same day, a Petition to Enter Plea of Guilty and Plea Agreement was filed.

On February 19, 2026, the Court held a change of plea hearing, and Defendant was adjudged guilty on all charges.  A sentencing hearing has been set for March 31, 2026.  The government now sets forth additional facts and arguments for the Court to consider in determining the appropriate sentence in this case.

## III.    Factual Background

The stipulated factual basis and PSR thoroughly cover Defendant's offense conduct.  The government will highlight below facts that it believes are significant for the Court's sentencing determination, including additional texts Defendant had with the victims that are not referenced in the factual basis or PSR.

### A.  Messages with Minor Victim 1 ("MV1") [1]

The PSR contains almost all relevant messages between Defendant and MV1.  The government will not repeat all of them, but it will highlight a few important messages for the Court's consideration.

First, there is no question that Defendant knew the age of MV1:

**maps.syb**: 2023-7-17 11:35:43 UTC - you

---

[1] The PSR states that MV1 was "approximately 13 years old" during the time of the conduct. MV1 was twelve years old during the instant conduct with the Defendant, as all of it occurred before she turned 13.

3

**maps.syb**: 2023-7-17 11:35:45 UTC - are
**maps.syb**: 2023-7-17 11:36:06 UTC – the prettiest most thicc 12yo i have ever met
**maps.syb**: 2023-7-17 11:36:18 UTC – YOU PRETTIER AND THICKER THAN THE GIRLS MY AGE
**maps.syb**: 2023-7-17 20:38:40 UTC – youre the prettiest 12yo on this planet

Second, Defendant attempted to trade nicotine for sex with a 12-year-old.

**maps.syb** 2023-07-19 04:01:30 UTC - hey while im out tmrw, i can buy sum and bring it to u tmrw night after work
**maps.syb**: 2023-07-19 04:02:59 UTC -  is that what you wanted?
**MV1**: 2023-07-19 04:03:38 UTC - I jus need nic I feel like I'm suffocating without it
**maps.syb**: 2023-07-19 04:05:03 UTC -wt u gonna do for that nic tho
**MV1**: 2023-07-19 04:12:08 UTC - what do u want me to do
**maps.syb**: 2023-07-19 04:25:27 UTC - i want you to throat my cock till tears form in your eyes

This later turned to Defendant providing MV1 marijuana instead.

**MV1**: 2023-07-19 04:40:43 UTC - Are u gonna bring weed?
**maps.syb**: 2023-07-19 04:42:31 UTC - if you want me to
**MV1**: 2023-07-19 04:42:42 UTC -  Ok
**maps.syb**: 2023-07-19 18:18:11 UTC - i got your vape[2]

And ultimately, we know Defendant provided marijuana to MV1, as they discussed getting high

after they met:

**maps.syb**: 2023-07-20 04:35:12 UTC - did u get pretty high or just a good perfect mellow high
**MV1**: 2023-07-20 04:35:34 UTC - Perfect
**maps.syb**: 2023-07-20 04:40:01 UTC - good. im the same
**maps.syb**: 2023-07-20 04:46:07 UTC - MF I HAD SUCH A GOOS TIM

Third, Defendant was explicit and persistent about what he wanted with a 12-year-old,

despite obvious hesitation from MV1.

**maps.syb**: 2023-7-17 20:39:07 UTC – I WANNA BE INSIDE YOU
. . .

---

[2] In the PSR, Defendant denies that he provided a THC vape pen to MV1, but instead claims he provided marijuana to her.  PSR at ¶ 15.  Although this is inconsistent with these messages, the method with which he provided a 12-year-old marijuana is of no material significance.

> **maps.syb:** what about just get in my car and just sit there and let me use you how i want to
> **MV1**: 2023-07-19 04:27:56 UTC - Uhh idk
> **maps.syb**: 2023-07-19 04:28:19 UTC - if needed i can make you stand and lean up against my car and I can bang your on the street
> **MV1**: 2023-07-19 04:28:57 UTC - Uhh ya no
> **maps.syb**:  2023-07-19 04:25:57 UTC - i want you to hover over me squatting while you're naked n holding my cock w one of your hands in order to slip it into your pussy
> **maps.syb**: 2023-07-19 04:27:21 UTC - what about just get in my car and just sit there and let me use you how i want to
> **MV1**: 2023-07-19 04:27:56 UTC - Uhh idk
> **maps.syb**: 2023-07-19 04:28:19 UTC - if needed i can make you stand and lean up against my car and I can bang your on the street
> **maps.syb**: 2023-07-19 04:33:28 UTC - suck it while i drive?
> **MV1**: 2023-07-19 04:33:51 UTC - maybe

And later that night, MV1 again expressed the same doubts, but Defendant ignored this uncertainty and continued to push her to have sex with him.

> **MV1**: 2023-07-19 20:59:34 UTC - I mean idk if I wanna have sex tonight
> **maps.syb**: 2023-07-19 21:00:14 UTC - I thought you said u wanted to
> **MV1**: 2023-07-19 21:00:38 UTC - I did but idk
> **maps.syb**: 2023-07-19 21:00:49 UTC - was it sum i did or said?
> **maps.syb**: 2023-07-19 21:01:23 UTC - will u still suck it?
> **MV1**: 2023-07-19 21:01:55 UTC – Ya

Later conversations, which appear to take place after Defendant met up with MV1, show that Defendant succeeded in overcoming her concerns:

> **maps.syb**:2023-07-22 04:46:27 UTC - did i eat your pussy well?
> **MV1**: 2023-07-22 04:46:36 UTC – Ya
> **maps.syb**: 2023-07-22 04:46:51 UTC - Am I the best eater and fingers u had?
> **MV1**: 2023-07-22 04:47:16 UTC - I mean your up there

### B.  Messages with Minor Victim 2 ("MV2")

The PSR contains some messages Defendant had with MV2 while he exploited her. Additional messages detailed below add more context to these conversations.

Again, it is clear from the beginning that there is no debate that Defendant knew MV2's age.

5

**Maps.syb** – wt all have you done
**MV2** – not a lot of shi tbh I'm only 13 what you think I am a whore?

Defendant later acknowledged how old MV2 was:

**Maps.syb**: just goes to show how much of a slut you are at 13 🤭
. . .
**Maps.syb**: lil 13yo girl 😍

MV2 later reminded Defendant of her age:

**MV2**: I start school tmw remember?? I'm still a kid yk😔 😔

Just like Defendant's chats with MV1, he could not be clearer about his sexual interest in

this child:

**Maps.syb** – do u like em older?
**MV2** – Yeah
**Maps.syb** – im 22
**Maps.syb** – you still want me inside?
**Maps.syb** – I'll pullout or nut in ur butt or mouth
**Maps.syb** – deal?
**Maps.syb** – or if I rly just want to bust deep inside your pussy, I can buy you a plan B love
**MV2** – Oh okay
**Maps.syb** – deal?
**MV2** - deal

And Defendant continued:

**Maps.syb** – Can you send more pics/vids of yourself beautiful girl?
**MV2** – if it hurts while your fucking me I'm cutting ur dick off
**Maps.syb** – if it hurts we can take it out of you and put it in your throat to give ur hole a rest
**Maps.syb** – send more pics/vids of u plzzz
**Maps.syb** – do you want me to get you preggo?!

The day after the above messages were exchanged, on July 19, 2023, Defendant further

described in explicit detail what he wanted to do to MV2 and even admitted that he was

knowingly grooming her:

6

**Maps.syb**: im gonna nut so deep inside ur ass 😭 🙏

**Maps.syb**: cant wait to stretch ur holes open to my cock ⬛ 🥰

**Maps.syb**: UR GONNA BE MY LIL GF

**Maps.syb**: the ages too tho 😙 🤞

**MV2**: not old enough to be my daddy tho so it's okay 😭 🙏

**Maps.syb**: MORE LIKE

**Maps.syb**: OLDER STEP BRO 😏

**Maps.syb**: YO SECOND DADDY N RAISE YO CUTE ASS

**Maps.syb**: then once u 18, 💒 👰 ♀️ 🤵

**Maps.syb**: thats technically grooming huh 😭 🕺

**Maps.syb**: or does that just mean we both find grooming hot…

And Defendant did the same thing again the following day:

**Maps.syb**: aww its cute tho. my little girl excited for her first cock 😙

. . .

**Maps.syb**: i was jus thinking 😭

**Maps.syb**: bout how i cant wait

**Maps.syb**: to feel ur pussy grip and suck my fingers as im fingering u

**Maps.syb** i just know youre so tight 😵 💫

**Maps.syb**: i think ur pussy is rdy for its first cock 😙 😙

. . .

**Maps.syb**: and then imma fuck your big gaped pussy 😙

**Maps.syb**: and then put it inside ur tight asshole to finish 🤞

**Maps.syb**: IM CUMMING IN YOUR ASS

**Maps.syb**: imma drill u to your eyes roll back

**Maps.syb**: if u wanna be dummy tight then u shouldnt finger urself anymoree till we meet

**Maps.syb**: you were made to just be used 🤞 🫶

**Maps.syb**: UR BOUTTA GET SOME CRAZY COCK

**Maps.syb**: I WILL GAPE YOUR PUSSY

**Maps.syb**: AND SPIT INSIDE IT

**Maps.syb**: SAME W YOUR ASS

On July 21, 2023, Defendant remarked:

**Maps.syb**: im picking you up and fucking you

**Maps.syb**: it'll feel better when you can feel me stretching your walls open with my hot hard cock

All of this occurred prior to MV2 sending images to Defendant on July 22, 2023, as discussed in the PSR.

After receiving child pornography from MV2, Defendant explained his preference in

younger girls:

> **Maps.syb**: i jus like younger girls sm and wizz finally came in clutch 😭
> **Maps.syb**: WITH THEM BEING CLOSE
> **Maps.syb**: AND ITS LIKE FINALLY A REALITY FOR ME NOW
> **Maps.syb**: UR LIKE
> **Maps.syb**: MY TYPE EXACT
> **Maps.syb**: BC
> **Maps.syb**: NOT A LOT OF GIRLS UR AGE LIKE EM OLDER RIGHT
> **Maps.syb**: MORE PPL DONT WANT TO MEET CUZ THEY SCARED
> **Maps.syb**: young girls who enjoy stretching themselves out oh em gee
> **Maps.syb**: something about the thought of a little girl like you being so stretched open her holes are literally gaped wide open for easy access turns me on sm
> **Maps.syb**: im destroying all 3 of ur holes. imma throat fuck u so hard and so much ur throat is gonna hurt
> **Maps.syb**: if you don't cry at some point on tuesday i messed up
> **Maps.syb**: i'm going to mentally break you down and build you back up into the perfect pocket pussy
> **Maps.syb**: you will be demoralized
> **Maps.syb**: basically would be raping your virgin asshole

Defendant then directed what sexually explicit conduct he wanted to see next from MV2:

> **Maps.syb**: hmm. deal if u show me playin w ur holes 😋
> **MV2**: hmm fine
> **Maps.syb**: if u go more than 1 i wanna see u fit all 4
> **Maps.syb**: i wanna see it stretch open
> **Maps.syb**: and i want u to take all 4 out super slowly while showing me ur hole so i can see how big it gets 😋
> **Maps.syb**: lil 13yo girl 😍

Because of Defendant's constant pressuring, MV2 continued to produce child pornography for

Defendant at his direction.

> **Maps.syb**: YOU JUST TOOK THE BEST VIDEO I HAVE EVER GOTTEN
> **Maps.syb**: YOUR FEET WHILE U SEEING U FINGER UR PUSSY WAS WOW
> **Maps.syb**: DO ANOTHER VIDEO LIKE THAT BUT W YOUR ASSHOLE INSTEAD???
> **Maps.syb**: AND GO BACK AND FORTH BETWEEN YOUR HOLES OR FINGER
> **Maps.syb**: BOTH AT THE SAME TIME
> **Maps.syb**: OML IM GONNA CUM

> **Maps.syb**: MY TIP IS SO HARD AND HOT
> **MV2**: IM SUREEEEE
> **Maps.syb**: CAN YOU DO THATTTT FOR ME BABYYY
> **Maps.syb**: u make me so horny

On August 20, 2023, Defendant continued to groom MV2, showering her with praise for what she had produced for him while acknowledging the criminal nature of his conduct.

> **Maps.syb**: YOU ARE LITERALLY MY FAVORITE TYPE
> **Maps.syb**: LIKE
> **Maps.syb**: THERE'S DIFFERENT TYPE OF YOUNGER GIRLS
> **Maps.syb**: if you keep this same energy
> **Maps.syb**: for another 5 years
> **Maps.syb**: ur getting wifed
> **Maps.syb**: if i could legally i'd get u pregnant now to lock u down forever 😭
> **Maps.syb**: yeah but i cant exactly just bring u back home to my new apartment…
> **Maps.syb**: BC LIKE
> **Maps.syb**: YOU COULD LIVE THERE
> **Maps.syb**: BUT THEN NO SCHOOL
> **Maps.syb**: IM SURE I WOULD GET CAUGHT
> **Maps.syb**: THATS SCARY ASF OMG
> **Maps.syb**: N GO TO JAIL

Lastly, Defendant ultimately had a falling out with MV2, and it became very clear to MV2 what had occurred (and where Defendant would later be going):

> **MV2**: yes, taken advantage of, so since I'm easily influenced, you basically took advantage of me 😔 😔
> **Maps.syb**: thats what grooming is
> **MV2**: wowwww
> **Maps.syb**: i mean ur your own person
> **MV2**: your going to jail 😠 🙅 ♀️ 🙅 ♀

### C.  Messages with Minor Victim 3 ("MV3")

The PSR references texts between Defendant and MV3 in which Defendant described his sexual activity with other minors and distributed child pornography to MV3 that he obtained from another minor.  Many of the texts below give a fulsome view of Defendant's sexual attraction to minors.

9

First, Defendant's knowledge of MV3 being a minor was apparent throughout the conversation.

> **maps.syb**: i forgot how old u r
> **maps.syb**: i say 15 turnin 16
> **MV3**: yes
> **maps.syb**: when do u turn 16
> **MV3**: next year[3]

Defendant then remarked about his preference for girls under 16:

> **maps.syb**: 16 overrated 15 the best
> **maps.syb**: i got this cute lil girl 15 mins away and she's obsessed asf
> **MV3**: how old is she
> **maps.syb**: your age
> **maps.syb**: imma own these girls
> **maps.syb**: i need consistent little pussy

Throughout the conversation, Defendant told MV3 about all the minors that he was going to meet to have sex.

> **maps.syb**: Next week is a big week
> **MV3**: why's that
> **maps.syb**: to meet them
> **maps.syb**: [Redacted] and [Minor Victim 6]
> **maps.syb**: [Minor Victim 6] is sweet and so innocent
> **maps.syb**: imma rape her asshole

The next day, July 16, 2023, Defendant continued to tell MV3 about all the minors he had lined up to engage in illicit sexual activity:

> **maps.syb**: im so excited tbh
> **maps.syb**: i found a 12yo
> **MV3**: she cute
> **maps.syb**: [sends MV3 two photographs of MV1.]
> **MV3**: she's 12
> **maps.syb**: yesss
> **maps.syb**: that girl [Minor Victim 6] wants me to take her v card on Monday
> **maps.syb**: yessss
> **maps.syb**: im super excited

---

[3] MV3 was only 14 years old at the time.

10

> **maps.syb**: [Minor Victim 6] SAID YES TO ANAL
> **maps.syb**: imma cum rn
> **maps.syb**: SHE IS 4'11
> **maps.syb**: SO SMALL AND TINY
> **maps.syb**: that means smaller tighter holes !
> **maps.syb**: i'd totally rape her friend but i dont wanna lose [Minor Victim 6] and her friend is 13 too, [Minor Victim 6] is 15
> **maps.syb**: yeah dude wtf this is everything i've ever wanted
> **maps.syb**: im definiert creampieing them all thats a lot of plan b
> **maps.syb**: that 16yo said next time i can use her pussy and her amazing throat ofc
> **MV3**: what 16yo
> **maps.syb**: i didnt tell u?
> **maps.syb**: a 16yo gave me insane throat for a vape
> **MV3**: FOR A VAPE
> **maps.syb**: for like 50 minutes
> **maps.syb**: yes a vape
> **maps.syb**: too ez fr
> **maps.syb**: now imma get to take this chick's virginity for $25
> **MV3**: FOR 25 DOLLARS
> **maps.syb**: i love these young dumb sluts

Even though Defendant bragged about all the children he had lined up for sexual conquest, he still solicited and demanded images of MV3 naked.

> **maps.syb**: show me ur body bruhhh
> **maps.syb**: ts not fair
> **maps.syb**: that i havent seen u naked
> **maps.syb**: JUST DO LIKE
> **maps.syb**: A NAKED MIRROR SELFIE YK
> **maps.syb**: TO GET THE FULL BODY

Defendant used sexually explicit photos he received from other minors to entice MV3 to create similar photos.

> **maps.syb**: like i wanna see u play w ur pussio but ik u cant so its good
> **maps.syb**: buttt wanna see [Minor Victim 6]'s nudesss

Then, over multiple days, Defendant sent images and videos of Minor Victim 6, some of which contained sexually explicit conduct.  This included two images depicting her nude exposed breasts; one image of her touching/covering her vagina with her hand, focused on her genital

region; three images that show her fully nude; and a video of her masturbating in front of a

mirror.

Defendant also discussed with MV3 his attraction to minors and bragged about grooming

other minors:

> **maps.syb**: these girls need me
> **maps.syb**: this is all i have ever wanted dude.
> **maps.syb**: as soon as i'm inside one i'll be happy
> **maps.syb**: hopefully tomorrow
> **maps.syb**: i groomed [Minor Victim 6]
> **maps.syb**: for like the past week
> **MV3**: what
> **maps.syb**: when we first met she said: im 15. we can't be together
> **maps.syb**: and i just asked her how long she wanted to lose her card
> **maps.syb**: she said ever since she met me
> **maps.syb**: i groomed this lil girl
> **maps.syb**: i get to have her tomorrow
> **maps.syb**: im recording
> **maps.syb**: and i'm showing you
> **maps.syb**: i'm making her my gf btwww. i'm going to have more than one btww and they'll all knowy
> **maps.syb**: i met the cutest 12yo
> **MV3**: what
> **maps.syb**: she has bracessss
> **maps.syb**: I BAGGED A BADDIE BTW
> **MV3**: oop
> **maps.syb**: 13 n fine asl

Similarly, on July 19, 2023, Defendant continued to brag about all the minors he has

lined up to sexually abuse:

> **maps.syb**: so that 13yo
> **maps.syb**: she's willing to do everything but have me put it in
> **maps.syb**: the question is
> **maps.syb**: do you think i should just like
> **maps.syb**: force it in.
> **maps.syb**: she's scared of the pain that's why
> **maps.syb**: she has never put a finger in
> **maps.syb**: facts but i just want to put it in
> **maps.syb**: once i get her rly horny i'll just pressure her into it
> **maps.syb**: i bet she's going to be the tightest i've ever had

> **maps.syb**: i wonder how fast i'll cum
> **maps.syb**: i love my girls sm
> **MV3**: wym
> **maps.syb**: my little girls
> **maps.syb**: got 2 13yos & a 12yo ready to lose it
> **MV3**: yes
> **maps.syb**: and a 15yo
> **MV3**: lose what
> **maps.syb**: their cards
> **maps.syb**: 2 15yos*
> **maps.syb**: and a 14yo
> **MV3**: so you got one for almost every year
> **maps.syb**: LMAO YEAH

But Defendant then acknowledged it could get "risky" if you go below 12-years-old:

> **maps.syb**: JUST NEED TO GO LOWER THAN 12 BUT IT GETS REALLY RISKY IF YOU GO LOWER
> **MV3**: yea like really
> **maps.syb**: atp just rape
> **maps.syb**: i love girls sm bruh

Defendant admitted that he had an addiction to teens that will likely never change.

> **maps.syb**: im addicted
> **maps.syb**: genuinely
> **MV3**: you need to go to rehab
> **maps.syb**: i deserve every girl
> **maps.syb**: they all deserve to be stretched out and filled with nut
> **maps.syb**: idk if there will be a time when im not attracted to teens.

Finally, Defendant updated MV3 on his latest conquest of yet another minor he planned

on sexually abusing, this time talking about MV1.

> **maps.syb**: TONIGHT IS A BIG NIGHT
> **MV3**: WHATS MAKING IT BIG
> **maps.syb**: IM OMW TO SEE [MV1]
> **MV3**: WHOS [MV1]
> **maps.syb**: [using maps.syb sent MV3 four non child pornographic images of [MV1]
> **MV3**: SHES 12
> **maps.syb:** im bringing her a vape bc her mom took hers
> **MV3**: why is a 12 year old vaping
> **maps.syb**: we smoking too
> **MV3**: youre going to get a 12 year old high??

13

**maps.syb**: she said she wanted to

Defendant returned to the chat and described in excruciating detail his sexual assault of a 12-year-old girl:

> **maps.syb**: SUCCESS
> **MV3:** LMAOO
> **MV3**: WAS IT GOOD
> **maps.syb**: no sex sadlt
> **maps.syb**: i fingered tf outta here
> **maps.syb**: ate her kitty
> **maps.syb**: n she sucked meeee
> **maps.syb**: AT FIRST I COULDNT FIND HER HOLE BC ITS SO SMALL
> **maps.syb**: but i found it
> **maps.syb**: ended up fitting a max of 4 fingers. which is surprising bc i could barely fit 1 at first
> **maps.syb**: HER GRIP IS INSANE TOO
> **maps.syb**: N BRO HER HEAD IS THE BEST. HER JERK OFF SKILLS THE BEST TOO
> **MV3**: 4 FINGERS
> **maps.syb**: i got her mad comfy n wet asl
> **maps.syb**: the kitty stretched
> **maps.syb**: i wanted to put it in so bad bro
> **maps.syb**: i think 12 is my absolute favorite
> **maps.syb**: i wanted to force it in but i could tell she'd be a fighter so i didn't
> **MV3**: noooooooooooo
> **MV3**: 12 was a very traumatic age
> **maps.syb**: her pussy tasted so good
> **maps.syb**: her spit smells so good
> **maps.syb**: her lips were soft
> **maps.syb**: tongue so soft and wet

### D.  Messages with Minor Victim 4 ("MV4")

The PSR lists several videos that MV4 produced at Defendant's directions.  The messages below provide context to those videos.

First, messages again show Defendant was aware of MV4's age.

**MV4**: I wish but I don't have a car and I don't have a license cuz I'm only 15

Next, MV4 produced several sexually explicit videos at the direction of Defendant, which are listed and summarized in the PSR. Many of these involved sex toys and MV4 masturbating.

Prior to those videos being created, Defendant directed MV4 on what kind of videos and images he wanted her to create:

> **maps.syb**: please keep going. i'd love to see you bend over n show me ur pretty holes
> **maps.syb**: when i visit im pounding tf out of you
> **maps.syb**: you want dick huh
> **maps.syb**: spread your pussy open after you fuck it so i can see your stretched hole 🤞
> **maps.syb**: youre wet asf oml. the audio on that video tho 🔥

As MV4 produced videos, Defendant would groom her with words of praise for what she created.

> **maps.syb**: THE GRIP ON YOUR PUSSY OMG
> **maps.syb**: AND YOU TOOK IT SO DEEEEEP
> **maps.syb**: youre such a good girl omg
> **maps.syb**: your little pussy is so wet 😋
> **maps.syb**: im so proud of you 💪
> **maps.syb**: keep going sweet girl

Lastly, Defendant talked about meeting up with MV4 for sex, but it appears that the distance saved this child from being physically abused.

> **maps.syb**: bring ur toy when we meet. 😻 🤞
> . . .
> **MV4**: How about you come here
> **maps.syb**: ur rly far 😭
> **maps.syb**: i will on a full day off but i work at like 4
> **maps.syb**: TONS OF SEX
> **maps.syb**: i'd cum inside u but i dont wanna raise a kid 😭

### E. Messages with Minor Victim 5 ("MV5")

Defendant sent a picture of his penis to MV5, talked to her about his attraction to 14-year-olds, and discussed meeting up at a hotel.

As with his other victims, Defendant was aware of MV5's age, but that did not deter him; rather, it made him more interested.

> **maps.syb**: smh it doesnt wanna send
> how old are you sharing
> again ^
> **MV5**: 14
> **maps.syb**: THAT'S LITERALLY PERFECT?
> age gaps are hot asf tbh
> can i use all three of your holes?
> **MV5**: yesyesyes
> **maps.syb**: that's so hot tbh
> i'd creampie all three holes 100%
> shiii would you be down for you and another girl
> **MV5**: not for the first time but I ain't opposed
> **maps.syb**: I wan destroy jus you our first time
> i aint ever had a 14yo before
> i think i'd love it
> where would we do it
> a hotel? are your parents strict?
> **maps.syb**: i'd send you back home w my nut dripping out of you
> might jus make u swallow it to hide the evidence tbh
> **MV5**: but i fr needa got to bed i got school
> **maps.syb**: imma record you. every single inch of your body fr
> awww how cute
> my lil girl has school

Defendant was again not satisfied with his victims' creation of child pornography – he attempted to meet up with minors to have sex with them.

> **maps.syb**: i'd send u back home w my cum drippin out ml
> AND THE BEST SEX VIDS EVER
> so if i visit, where we goin
> **MV5**: i mean there's a hotel down the street from me
> **maps.syb**: you'll be allowed to leave?
> n do they track your phone?
> **MV5**: i'd have to sneak out but no they don't track my phone
> **maps.syb**: say less
> we'll make it happen hun
> Can't wait. Imma own you. You're gonna be my little girl and imma be yo daddy n raise u fr
> **MV5**: so excited
> **maps.syb**: how old r u again my sweet girl

16

**MV5**: i turned 15 last month

### F.  Messages with Minor Victim 6 ("MV6")

The PSR lists several videos that MV6 produced at Defendant's direction.  The messages below provide context to those videos.

First, Defendant knew how old MV6 was prior to directing her to produce child pornography.

> **maps.syb**: You
> are the prettiest
> 13yo i have ever seen

As MV6 sent Defendant sexually explicit pictures and videos, he showered her with praise and gave her further directions:

> **maps.syb**: YOURE GORGEOUS
> YOURE BUILT LIKE A GODDESS
> im in love oh my lord
> . . .
> **maps.syb**: CAN U PLEASE
> DO THAT SAME POSE IN THE CAR
> HOLD UR LEGS UP LIKE THAT
> SO I CAN EAT UR KITTY
> i love how you have nothing on except socks. thats so you
> I LOVE UR TIDDIES SM
> BUT UR BODY IS MAJESTIC DUDE. SERIOUSLY

These are the same images and videos which Defendant would ultimately send to MV3 – further victimizing MV6 by distributing the child pornography he forced her to create.

### IV.    3553(a) Factors

The 3553(a) factors support a sentence of 45 years.  Defendant's words were reprehensible, intentional, and direct, and his actions have seriously harmed the six minor victims he exploited as well as the victims of sexual abuse depicted in the child pornography he possessed.  A sentence of 45 years is just and necessary when considering Defendant's constant

17

and uncontrolled sexual attraction to minors and the criminal behavior that stems from it.

### A.  Nature and Circumstances of the Offense

The nature and circumstances of the offenses before the Court are set out thoroughly in the factual basis, PSR, and messages set forth above.  Highlighted below are aggravating factors for the Court's consideration.

### i.        Defendant is a Contact Offender

As noted above, what makes this case more serious than other offenders for similar offenses is that Defendant attempted to and succeeded in meeting up with his minor victims. Defendant met up with MV1 and engaged in oral sex, which he described in detail to another victim.  Defendant drove to Kentucky to try to meet up with MV3, but thankfully she ran away with her friends after she became nervous when he showed up at a gas station.  Defendant talked to MV4 about driving to meet up with her for a full day of sex.  Defendant discussed meeting MV5 at a hotel nearby and asked whether her parents tracked her phone.

This was not fantasy.  This was not role play.  This was Defendant figuring out how to meet in person with these girls to have sex with them.  Defendant even remarked how it all was finally coming together for him:

> **Maps.syb**: i jus like younger girls sm and wizz finally came in clutch 😭
> **Maps.syb**: WITH THEM BEING CLOSE
> **Maps.syb**: AND ITS LIKE FINALLY A REALITY FOR ME NOW
> **Maps.syb**: UR LIKE
> **Maps.syb**: MY TYPE EXACT
> **Maps.syb**: BC
> **Maps.syb**: NOT A LOT OF GIRLS UR AGE LIKE EM OLDER RIGHT
> **Maps.syb**: MORE PPL DONT WANT TO MEET CUZ THEY SCARED

Thankfully, the government only has evidence of one victim being sexually abused by Defendant.  But it was not for lack of trying on Defendant's part.  Defendant's aggressive nature

18

and willingness to meet his minor victims makes this a more aggravating case.

### ii.      Age of Victims

Defendant repeatedly sought out minors between the ages of 12 to 15 for his own sexual gratification.  In total, Defendant's course of conduct involved a 12-year-old, two 13-year-olds, two 14-year-olds, and a 15-year-old.  And Defendant clearly knew – indeed celebrated – that they were so young.  When describing the sexual assault of his youngest victim, he explicitly stated, "I think 12 is my absolute favorite" in regard to her age.  This was not an individual who cast a wide net that ultimately included a minor; rather, the victims in this case are exactly who Defendant wanted.  Defendant targeted some of the most vulnerable in our society because he "love[d] these young dumb sluts."  He went after them because he could manipulate them and take advantage of them for his own perverse sexual fantasies.  Defendant did not have a care in the world for what impact he may have on these children.  He just wanted to collect as many "v cards" as he could.  This is a disturbing aggravating factor that the Court should consider.

### iii.      Grooming

Defendant's conduct shows multiple instances of grooming, with Defendant even repeatedly describing his conduct as such in messages to his minor victims.  He told them he would be their daddy.  He told them they would be his girlfriend.  He told them they would be his wife.  He praised them for the videos and images they created.  He offered them vapes and marijuana for sex, ultimately giving MV1-- a 12-year-old—marijuana before he assaulted her. MV2 described how she felt she had been treated by Defendant: "yes, taken advantage of, so since I'm easily influenced, you basically took advantage of me 😟 😔 ".  And Defendant coldly responded, "thats what grooming is."  Disturbingly, Defendant's tactics even including distributing the child pornography of one of his minor victims to another.

Sadly, the results speak for themselves with how effective Defendant's tactics were. Defendant's knowing use of these techniques to take advantage of vulnerable victims should be considered in the Court's sentence.

### iv.    Addiction to Sexual Abuse of Minors

The Court does not have to speculate what was going on in Defendant's mind when he committed these crimes. There is a real time play-by-play in the messages above that describes Defendant's unwavering lust for minors and his addiction to having sex with teens. Defendant even admitted that he did not know if he would ever not be attracted to teens. Defendant's own words demonstrate the violence he's willing to inflict on children to satisfy his own desires— when recounting the sexual assault of MV1, he stated "i wanted to force it in but i could tell she'd be a fighter so i didn't." When recounting what he hoped to do to MV6, he cruelly stated "imma rape her asshole." That leaves the Court very few options when such sexual urges cannot be controlled. This is another aggravating factor for the Court to consider.

### v.    Collection of Child Pornography

Lastly, it is easy to overlook the reprehensible conduct related a defendant's collection of child pornography when it is overshadowed by the seriousness of crimes involving identifiable victims before the Court. Understandably, the Court's primary attention should be focused on the conduct involving Minor Victims 1-6. But it should not forget the thousands of images and videos of child pornography that Defendant possessed. These victims started with their own individual trauma and continue to be victimized as their videos and images are shared around the world. This is evident in the victim impact statements which document the ongoing battles that many go through daily. The devastating harm caused by the possession of child pornography has been long recognized by the Supreme Court and the Seventh Circuit. *See New York v. Ferber*,

20

458 U.S. 747, 758, n.10 (1982) (noting that a "child who has posed for a camera must go through life knowing that the recording is circulating within the mass distribution system for child pornography"); *United States v. Goldberg*, 491 F.3d 668, 672 (7th Cir. 2007) (acknowledging that the consumption of child pornography encourages its creation, as "the greater the customer demand for child pornography, the more that will be produced"). These voices should not be forgotten in the Court's sentence.

Moreover, this collection shows Defendant's undeniable sexual attraction to minors. Defendant admitted that he was "addicted" and not sure there would be a time he was not attracted to teens. Defendant's large collection of child pornography shows he acted on that interest not only by attempting to get minors to produce more but also by obtaining material in the sewer of the internet. An individual with a clear attraction to minors – a self-proclaimed addiction – should give the Court concern about anything less than a lengthy sentence.

### B. History and Characteristics of the Defendant

Defendant's upbringing appears to be a mixed bag, as he clearly has had people in his life who care about him but has also faced his share of problems. No matter what challenges Defendant has gone through, nothing explains or condones what he has done to the victims in this case. Defendant made decision after decision to violate and exploit these minors. There can be no excuse for what he did.

Defendant has limited criminal history, with two misdemeanor convictions concerning possession of marijuana. Although these convictions may appear less severe on their face, they are a microcosm of Defendant's long history of substance of abuse. This was apparent when a search was executed on Defendant's residence. Law enforcement located THC vape pens, numerous tablets with markings, multiple plastic bags of plant material, and a digital scale.

Defendant later admitted possessing between 20 and 25 THC cartridges, ketamine, cocaine, and marijuana. He claimed the narcotics were for personal use. Similarly, the PSR documents Defendant's long history of drug use, including marijuana, MDMA, Xanax, and cocaine. Defendant's substance abuse issues have undoubtedly caused problems in his life, and he has passed that plague along to a 12-year-old, who he supplied with marijuana. At bottom, Defendant needs to get help with his drug addiction to be a more productive member of society.

While this is Defendant's first sex offense, that should not give the Court any comfort, as his criminal activity spanned several months and had multiple victims. This was not an isolated incident. He is a danger to minors now and will be in the future, no matter when he is released. This is not a case in which the government makes the reasonable inference that because a defendant possesses child pornography, then there is a risk he may be a future contact offender with minors. Rather, the evidence shows he already is one based on his sexual acts with a twelve-year-old. He will always remain a danger to children, as there is no reason to believe his sexual interest in children and self-proclaimed addiction to having sex with teens will cease. As such, Defendant's history and characteristics support a sentence of 45 years.

### C. Promote Respect for the Law

A sentence of 45 years would promote respect for the law in the Indianapolis Division and throughout the Southern District. Such a sentence sends the message that it is unacceptable for adults to take advantage of minors and manipulate them for their sexual gratification. A sentence of 45 years will do that.

### D. Reflect the Seriousness of the Offense

Offenses involving child exploitation and child pornography are among the most serious cases that come before the Court because they involve the most vulnerable members of our

society. These crimes are traumatic not only for the immediate impact but also the lifelong trauma that victims endure. This ongoing struggle is apparent in the victim impact statements which discuss the ongoing pain that victims of sexual abuse and child pornography offenses experience. This impact is not often present in other offenses. For example, a victim of identity theft may try to take additional precautions to prevent it from happening again. By contrast, victims of crimes such as these cannot take any preventive steps, aside from sheltering themselves from the entire world. It is difficult for them to learn to trust again. It is hard for them to ever love again. Those who they thought were protecting or loving them were actually the ones who destroyed them. For all these reasons, the Court should view these offenses as incredibly serious and sentence Defendant accordingly.

### E.  Provide Just Punishment

For offenses as serious as those before this Court, a severe sentence is necessary to provide just punishment. For Defendant's actions, it is just that he spends most of his remaining life in prison, as the consequences of his actions will last a lifetime for his victims. Defendant has robbed multiple children of the right to have a normal life free from ongoing trauma. And Defendant did not simply do this to one child, but he did it over and over again. He exploited these children with full knowledge of their age and vulnerabilities. Simply put, Defendant does not deserve a reprieve here. A sentence of 45 years would be just punishment.

### F.  Protect the Public from Further Crimes of Defendant

It is paramount we protect children from dangers in society, particularly those who lurk on the internet away from the protective eyes of parents. For months, Defendant engaged in conduct that put minors at risk in the Southern District of Indiana and elsewhere. He brazenly proclaimed, "I deserve every girl." Defendant certainly needs treatment at the BOP to resolve

any issues he may have.  But such a callous disregard for the feelings of minors and sense of entitlement to sexually abuse them should give the Court great concern in giving anything less than decades in prison.  To be sure, Defendant will likely state that he is a new person and will get the appropriate help in the BOP.  The Court should simply look to his previous words and actions to determine how genuine those sentiments may be.  Based on the messages above, the danger Defendant poses to the public is great, so a significant sentence of imprisonment is necessary.

### G.  To Afford Adequate Deterrence

A lengthy sentence is needed here not just to deter criminal conduct by Defendant but also to deter similar conduct by individuals contemplating similar behavior.  It is unclear whether Defendant's attraction to children will fade as he spends decades of his life in prison.  What is clear is that Defendant consistently targeted the same age of minors to exploit and sexually abuse throughout the span of his criminal conduct.  The sentence handed down must deter Defendant from ever setting another trap for a child again.  A sentence of 45 years would do just that.

Just as important, the sentence from the Court must send a message to all individuals who are contemplating similar behavior that this is not remotely acceptable and that you will spend most of your life in prison if you choose to repeatedly engage in this type of behavior.  Every single day there is a sexual predator sitting behind a keyboard trying to figure out how to capture a minor's trust.  Every single day these predators are soliciting sexually explicit images and videos of minors under the guise that they are just fellow kids wanting to be friends.  Every single day these predators then try to push to the next step of meeting with these naïve children who do not understand the danger they are in.   Tragically, every single day some of these predators are successful in their criminal pursuits.  Accordingly, those currently engaged in or

contemplating this type of behavior must receive the message that they will spend decades in prison if and when they are caught.  A sentence of 45 years will send this message bright and clear.

## V.        Conclusion

Defendant deserves to go to prison for 45 years.  Defendant coerced and enticed a twelve-year-old to engage in oral sex, sexually exploited multiple minors, distributed child pornography to a minor, and possessed a large collection of child pornography.  The sum of his conduct is reprehensible.  Defendant does not deserve any leniency.  Defendant deserves 45 years in prison.

Respectfully Submitted,

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

By:      /s/ Kyle Sawa
         Kyle M. Sawa
         Carolyn Haney
         Assistant United States Attorneys
         Office of the United States Attorney
         135 N. Pennsylvania Street, Suite 2100
         Indianapolis, Indiana 46204-3048
         Tel: (317) 226-6333
         E-mail: Kyle.Sawa@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Kyle Sawa

Kyle M. Sawa
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Kyle.Sawa@usdoj.gov