UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:25-cr-244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | |
| aka "maps.syb", | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION TO WITHDRAW DOCUMENT**

The United States of America, by and through Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Carolyn A. Haney and Kyle M. Sawa, Assistant United States Attorneys, hereby files this Motion to Withdraw Document and in support states as follows:

1.     On March 24, 2026, the Government filed its Motion for Restitution under seal. (Dkt. 74).

2.     On March 27, 2026, the Court ordered the Government to file a proper motion to maintain the Motion for Restitution under Seal by April 3, 2026.  (Dkt. 78).

3.     While the Motion for Restitution does contain pseudonyms of the minor victims in this case, there is no other identifying information contained therein that warrants its filing under seal.

4.     Accordingly, the Government moves to withdraw the sealed Motion for Restitution, (Dkt. 74), and has publicly filed its Motion for Restitution on the docket, (Dkt. 84).

5.     The publicly-filed Motion for Restitution, (Dkt. 84), is substantively the same as the Motion for Restitution that was filed under seal, (Dkt. 74).  The Government has included a

proposed order along with its publicly-filed Motion for Restitution, (Dkt. 84), that was not previously filed.

**WHEREFORE**, the Government prays that this Honorable Court issue an Order Withdrawing Document 74.

Respectfully Submitted,

THOMAS E. WHEELER II
UNITED STATES ATTORNEY

By:    /s/ Carolyn A. Haney
       Carolyn A. Haney
       Kyle M. Sawa
       Assistant United States Attorneys
       Office of the United States Attorney
       135 N. Pennsylvania Street, Suite 2100
       Indianapolis, Indiana 46204-3048
       Tel: (317) 226-6333
       E-mail: Carolyn.Haney@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that April 2, 2026, a copy of the foregoing Motion to Withdraw Document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    */s/ Carolyn A. Haney*
Carolyn A. Haney
Assistant United States Attorney
Office of the United States Attorney
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: Carolyn.Haney@usdoj.gov