UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
April 3, 2026

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:25-cr-00244-TWP-MJD |
| | ) | |
| Bobby Cyprus Linhart, | ) | |
| | ) | |
| Defendant. | ) | |

### Defendant's Notice of No Objection to Government's Motion

Comes now the Counsel for Defendant, James Edgar, and respectfully responds to the Courts order at Dkt 82 regarding Defendant's position regarding Dkt 81 and advises the Court the Defendant has no objection to the Government's Motion for Victims to Attend the Defendant's Sentencing Hearing by Video.

Respectfully submitted:

*/s/ James A. Edgar*
James A. Edgar, Attorney # 18619-49
J. Edgar Law Offices, P.C.
1512 North Delaware Street
Indianapolis, IN 46202
(317) 472-4000

### Certificate of Service

This is to certify that a copy of the above referenced motion was served on all parties via electronic filing on April 2, 2026.

*/s/ James A. Edgar*
James A. Edgar