UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Cause No.: 1:25-cr-244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | |
| aka "maps.syb" | ) | |
| | ) | |
| *Defendant.* | ) | |

**ORDER**

The United States of America, by counsel, moved the Court to withdraw document 74, its

Motion for Restitution, which was filed with the Court on March 24, 2026. The Motion for

Restitution was filed under seal when it should have been publicly filed on the docket. The

Government has now accordingly publicly filed its Motion for Restitution at document 84.

Being fully advised of the matter, the Court hereby **GRANTS** the motion.

**SO ORDERED.**

Date: 4/3/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.