**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cr-00244-TWP-MJD |
| | ) | |
| BOBBY CYPRUS LINHART, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR APRIL 3, 2026**
**THE HONORABLE TANYA WALTON PRATT**

The Government appeared by Carolyn Haney and Kyle Sawa, Assistant United States Attorneys. The Defendant Bobby Cyprus Linhart appeared in person, in custody, and by retained counsel James Edgar. Kendra Stakelbeck appeared on behalf of the United States Probation Office. Corey Miller attended as agent for the Government. David Moxley was the Court Reporter. Parties appeared for a Sentencing hearing at the Indianapolis Courthouse.

On February 19, 2026, Defendant was adjudged guilty of Count 1: Coercion and Enticement of a Minor; Counts 2, 3, and 4: Sexual Exploitation of a Child; Count 5: Distribution of Visual Depictions of a Minor Engaged in Sexually Explicit Conduct to a Minor; and Count 6: Possession of Child Pornography as charged in the Information.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 480 months on Count 1; 360 months on Counts 2, 3, & 4; and 180 months on Counts 5 & 6; to be served concurrently, for a total of 480 months.

Restitution:  The Defendant shall make restitution to Minor Victims 1, 2, 3, 4, and 6 in the amount of $10,000.00. The Defendant shall make restitution to Minor Victim 5 in the amount of $3,000.00. The Defendant shall make restitution to the victims of the aprilblonde series, the PurpleCheer series, the SparklingVelvet series, the Sweet White Sugar series, and the Vicky series in the amount of $3,000.00. Payment is to be made directly to Clerk United States District Court with disbursement to the victims. The Court waived the interest requirement.

Fine: The Court did not order a fine based on the substantial amount of restitution and Defendant's financial resources.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of life on Counts 1-6, to be served concurrently. The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report. Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record were waived. The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at FCI Elkton in Ohio including participation in prison industries, sexual offender treatment, substance abuse treatment, and a mental health evaluation and any treatment deemed necessary.

The Defendant shall pay to the United States a special assessment of $600. The Defendant shall pay the special assessment of $1.00 pursuant to the provisions of the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018. Payment of the fine and special assessments shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the U.S. Marshals Service.

The Judgment is forthcoming.

**IT IS SO ORDERED.**

Date:    4/3/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Edgar
J. EDGAR LAW OFFICES, PC.
jedgarlawyer@gmail.com

Carolyn Anne Haney
DOJ-USAO
carolyn.haney@usdoj.gov

Tiffany Jacqueline Preston
DOJ-USAO
tiffany.preston@usdoj.gov

Kyle M. Sawa
DOJ-USAO
kyle.sawa@usdoj.gov

Electronic notice to USPO